IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD WILLIS,            ) | |
|            Plaintiff,   ) | |
| v.                        ) | Civil Action No. 1:12-cv-01314 (CKK) |
| CHASE HOME FINANCE, LLC,  ) | |
|            Defendant.   ) | |

**ORDER GRANTING JPMORGAN CHASE BANK, N.A.'S MOTION
TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

Upon consideration of the Motion to Dismiss or, in the Alternative, to Transfer Venue by Defendant JPMorgan Chase Bank, N.A., successor by merger to Chase Home Finance, LLC, any opposition thereto, and the entire record herein, it is hereby:

ORDERED that the motion is GRANTED and the Complaint is DISMISSED WITH PREJUDICE.

Date: _____, 2012

_____
United States District Court Judge